UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COMMUNITY COUPONS
FRANCHISING INC.,
MATTHEW ROSENCRANS,	19 Civ. 04455(JMA)(AYS)

                       Plaintiffs,	**AFFIRMATION OF SERVICE**

   - against -

EAGLE MARKETING
SOLUTIONS, LLC,
DENNIS BERNSTEIN,

                       Defendants.
------------------------------------------------------------X

      I, James Costo, declare under penalty of perjury that on June 17, 2021, I served a copy of the Court's scheduling order dated June 17, 2018: upon Plaintiffs via email and further notice via text message at telephone number which I have used to communicate with Plaintiffs, since the date upon which I was retained.

Service upon Defendants' counsel was made via ECF.

Dated: June 18, 2021	    /s/ James Costo
                                                      James Costo, Esq. (3308)
                                                    11 Park Place, Suite 1100
                                                    New York, New York 10007
                                                    646.543.0406
                                                    costolaw@gmail.com